# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Military-Veterans Advocacy, Inc. et. al
Plaintiff

v.

Civil Action No.

Jeff Landry et. al
Defendant

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,

Plaintiffs Law Office of John B. Wells and Military-Veterans Advocacy

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Hon. Jeff Landry, Governor of Louisiana, Hon. Liz Murrill Attorney General of Louisiana, Hon. Charlton McGenley, Secretary of Veterans Affairs f Louisiana, Hon. Denis McDonough Secretary f Veterans Affairs of the United States, John B. Wells Esq, Brian K Lewis Esq., Robert McMillin Esq., Law Office of John B. Wells, Military-Veterans Advocacy

John B. Wells LA Bar 23970

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.