UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MILITARY-VETERANS ADVOCACY, INC., ET AL.**

**CIVIL ACTION**

**VERSUS**

**JEFF LANDRY,** *in his official capacity as Governor of the State of Louisiana,* **ET AL.**

**NO. 24-00446-BAJ-RLB**

### JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 9th day of February, 2026

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA